United States District Court
Middle District of Florida
Orlando Division

United States of America

v.                                          Case No: 6:22-cr-202-RBD-DAB

Kerryanne Purkiss

## Sentencing Memorandum

## A Life Dedicated To Children

Ms. Kerryanne Purkiss has dedicated her life to inspiring children, and especially "at-risk" teens, to rise above real or perceived obstacles to obtain their goals. Charity begins at home. Ms. Purkiss' eldest son, Anfernee Purkiss, will be a third-year law student at Barry University School of Law, ranking in the top three percent. According to Anfernee because his mother taught him to be confident, determined, and to set goals high, she was a "big part of [his] success in education." Exhibit (Mitigation Appendix at B-2).

Jaida Purkiss, one of Ms. Purkiss' 24-year-old twin daughters, says Ms. Purkiss taught her to "think critically and make informed decisions," and "to be confident" in those decisions and "to take responsibility for them." The other twin, Jasmine, a Creative Director and Social Media Manager, says that "[m]any of the attributes, ambitions, and goals I have today are rooted in the . . . love and warmth my mother has granted me." Exhibit at B-3 and B-4.

1

Ms. Purkiss' mother, Pamela Robinson, noted from an early age that Ms. Purkiss took an interest in others bringing home the less fortunate for a meal or helping others with homework. In turn, Ms. Purkiss credits her mother with instilling that instinct: "My love for children and my community was created from my mother's love for her friends and community." Exhibit at B-1 and A. No wonder Ms. Purkiss chose teaching reading as a career to ensure that she would be assigned the at-risk students. Exhibit at A

Charity begins at home and apples don't fall far from their trees.

Both of Ms. Purkiss' adult daughters praised her volunteer work with KC Society (KC), a non-profit she organized in 2008 to serve at-risk teens to inspire them to believe in themselves. Jasmine noted that KC taught teens "skills they will have with them for life." KC "work[ed] to prevent human sex trafficking among teens by providing after school programs and college-bound success tours." Exhibit at B-4 and B-3.

Alexxis Johnson's letter is a tribute to the many good works of KC. Exhibit at B-7. She was a beneficiary. According to Ms. Johnson, Ms. Purkiss and the KC provided her with truth, safety, love, mentoring, education, and even food and clothing. Her letter reads almost as if KC and Ms. Purkiss saved her life. See also, Exhibit at C (programming events of KC Society)

When Kerryanne Purkiss' daughter-in-law, Jordan Purkiss, first met her she was involved with KC. Jordan Purkiss noted that for many of her

classmates KC was a crucial part of their lives. Again, KC was mentoring, teaching, inspiring, and even providing a place to sleep. Jordan Purkiss was also inspired to get a bachelor's degree in education by Kerryanne Purkiss. Jordan Purkiss also called Kerryanne Purkiss the "backbone and matriarch" of the family. Exhibit at B-5.

Today, Ms. Purkiss is the primary caregiver to Aiden Roiland, her 9-year-old son who is blind in his right eye and Jessica Purkiss, a 15-year-old daughter. Ms. Purkiss seeks a sentence of probation largely to remain their caregiver. "My 9-year-old needs a strong hand as he is a strong-willed child... My 15-year-old . . . is in need of guidance, as she is not as outgoing as her twin sisters." Exhibit at A.

The presentence report writer notes that this Court might consider a two-level variance based on the upcoming amendment to be found at U.S.S.G. § 4C1.1 based on the lack of criminal history points. Doc. 75 (Presentence Report at ¶ 114). This would take the offense level down to 16 for a range of 21 to 27 months, making a further variance to probation less substantial.

Ms. Purkiss dedicated her entire life to helping children: in her career, in her home, in her community. She has had a wide-ranging positive impact on others. She has inspired many to reach for and attain their goals. Her conduct her seems somewhat aberrational since is spanned three-months

from May to August in 2020. The Court is asked to consider a downward variance.

Respectfully submitted,

A. Fitzgerald Hall, Esq.
Federal Defender, MDFL

*/s/ Michael S. Ryan*
Michael S. Ryan, Esq.
Assistant Federal Defender
Arizona Bar No. 0018139
201 S. Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407-648-6338
Fax: 407-648-6095
E-Mail: michael_ryan@fd.org

## Certificate of Service

I HEREBY CERTIFY that undersigned electronically filed the foregoing with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Katherine McCarthy, Assistant United States Attorney, this 31st day of July 2023.

*/s/ Michael S. Ryan*
Attorney for Defendant