# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

vs.   Case No. 6:22-cr-202-RBD-RMN

**KERRYANNE PURKISS**
a/k/a Kerryanne Roiland

_____

# APPENDIX
==============================================================

Allocution Letter from Mrs. Kerryanne Purkiss ........................................A

Letters of Support ..................................................................................B
*Pamela Robinson, mother* ................................................................. *B-1*
*Anfernee Purkiss, son* ....................................................................... *B-2*
*Jaida Purkiss, daughter* .................................................................... *B-3*
*Jasmine Purkiss, daughter* ............................................................... *B-4*
*Jordan Purkiss, daughter in law* ...................................................... *B-5*
*Ericka Bowne, sister-in-law*.............................................................. *B-6*
*Alexxis Johnson, KC Society Member* ............................................ *B-7*

KC Society Programming Events ............................................................C

My name is Kerry-Anne Purkiss. First and foremost, I would like to apologize to the court and to the government and those who may have been affected because of my actions.

I am a 49 year old happily dedicated mother of 5. For the past 28 years, I enjoyed being an off & on stay-at-home mom. The dedication I have put forth in regard to those years were solely for the advancement of my children because I believe, and still do to this day, that my 28 year old son was one of the best decision of my life because at 19 years old and a junior in college finding out I was having a child was psychologically detrimental to my future. I thought my aspirations of being the youngest Principal in NYC would be thwarted. Beginning the journey of motherhood as a single mother on Section 8 and collecting food stamps was a mental struggle for me. Reliving growing up in the projects of NYC, was not the direction I was going for. Nevertheless, for 2 years, after his birth, was the direction that I took. Regardless of the financial situation while in college, those 2 years created my future. Rearing him on a rent of $8 a month, tuna, rice, and peanut butter was both amazing and sad. Due to the financial struggles my son accompanied me to several college classes because I could not afford childcare. I got my driver's license at age 20 and bought my first car for $1000. I taught him his alphabet, numbers, colors, and appropriate speech. Those 2 years were absolutely amazing and not as hard as I imagined.

At age 23, I married my son's father who was residing in England who I met during my study abroad program while at Middlesex University. My husband completed his college career in England and then moved to the United States. We eventually had 4 children together and as a wife and mother I enjoyed every part of it. To this day I would not change cooking, cleaning, laundry, preparing meals, laughing at the dinner table, and all the ins and outs of being a mom and a wife. Five years passed and I gave birth to my twin daughters, Jasmine & Jaida. When given my girls, my world was the brightest it could have ever been. I couldn't clean, cook, launder, or play enough to fulfill the joy they gave me. My twins would be the ones who truly helped me to solidify motherhood.

My son and twin daughters set the course of my life into action. All the years of caring for them, at times, you are not sure if you gave them what they needed. My goal as a mother was to give them tools that no man can take: with that said, they never, to this day, have disappointed me.

My remaining 2, J▇▇ 15 and A▇▇ 9, are still growing and are in need of my help to do so. Their future should be as crafted and intentional as the other three. My greatest fear is to see that they would not be given the same opportunity by my hands. My involvement in the community would be missed as well. Since I was younger, watching my mother raising foster children, housing many people in need, and watching her do some amazing things in her prime, I grew to have such passions.

My 9 year old will be in 4th grade that currently reads at a 6th grade level and does math at a 5grade 8th month level. He is quick witted and academically bright like his older brother. Yet he still needs a strong hand as he is a strong-willed child. Strong willed children are prone to

adverse behavioral changes if not given intentional guidance for which I currently provide. My 15 year old is an academic prowess that is in all honors classes and ravages through books faster than I did as a child. And she is in need of guidance, as she is not as outgoing as her twin sisters. She was strongly encouraged and happily agreed to join Student Government: her twin sisters both were in student government (SGA) Jaida became the President and Jasmine became the Vice President, theatre (her choice), and in the AICE program. This would be an exceptionally harder year for her as a sophomore as she has chosen to take on these challenges. She expressed trepidation going forward knowing I would be there. I would love to be able to continue to see it through with her.

From George Junior School for Boys to Madison Middle School, my years of teaching gave me solace and enjoyment. My intentions in every school were to have my students create and live different from what they were used to. I purposely got my Masters in Reading so I could ensure I always was the given the 'throw away kids' aka at-risk youths. They were the ones who seem to excel to quick change when it was demanded and expected of them. In my classroom, there were no ordinary book reading. The motto in class: "If the book is not alive to you, then it is not for you". It would take weeks for some children to find that book, nevertheless, when they did, they came alive. I would require my children to read books like Call of the Wild, Where the Red Fern Grows, and my personal favorite, To Kill a Mockingbird: then, of course, watch the movie. Their initial resistance turned to acceptance and curiosity. We created yearbooks, board games, events, Step shows, etc. Whatever was called for to ensure my students learned is what was done. My love for children and their advancement never waned once. I created after school step teams to be able to give outlets to those who was not granted the opportunity to join the sports teams. I enjoy the look on the faces of those children who was always counted out and down.

My Love for children and my community was created from my mom's love for her friends and community. Every 'stray person' she would bring home. At the time, it was the worst thing. Yet, once I got to college, it was then I realized her hands upon my head was stronger than my disdain for her 'stray' people. Her love and compassion for others translated well in me. While in college, I joined an organization and was on the board as a freshman as a Social Director. I was later to become Treasurer, Vice President, and later President. While studying abroad I became the co-founder of the "Family Business" Newsletter at the State University of New York at Cortland. Years later that passion to bring awareness and encourage growth in others created many community ideas. One I am most happiest with is KC Society: Kings Chosen Society.

It is a Society for at-risk youths that are given the opportunity for them to be chosen for being great based on who they are and the innate talents they possess. The programs are Teenentrepreneurship: it has a flea market at the end; College bound Success: took buses to colleges at the end; YELI: youth employment leadership initiative; King Steppers; Vacation Bible Camp:10 week summer camp; Sewing classes that had a fashion show at the end, Cooking classes: prepped, cooked, set the table, fed the entire organization from 4:00-5:30 every day (89 kids). I always believed and demonstrated it should never just be about you. The joy you get should be from another man's gladness, wellbeing, and safety.

In my past 49 years, I have had the greatest of moments meeting and enjoying so many students, so many members of KC Society, while giving them experiences they will never forget. Yet, I digress to say, this moment is heart wrenching.

Let me be clear, I have every intention of restoring what was lost. I will repay the amount that is owed. In good faith, I am taking steps in repaying the amount. I am sincerely sorry. Honorable Judge Dalton, I accept my responsibility for my actions.

Respectfully,

Kerry-Anne Purkiss

July 1, 2023

Honorable Judge Roy B. Dalton, Jr.:

    My name is Pamela Robinson, and I am writing this letter on behalf of my daughter Kerry-Ann Purkiss. I am the mother of six children including Kerry-Ann, four foster children, two stepchildren, eighteen grandchildren and eleven great grandchildren. Before retiring, I was employed as an intervention counselor of children with psychiatric needs. Also, as a counselor teaching young women who had fallen on hard times, the value, and social skills in order to integrate them back into society.

    At a very young age I taught all my children to be kind, to help others and to be dependable. Kerry-Ann was raised in Staten Island, New York. I noticed that starting the third grade Kerry-Ann began to take fond of her peers, who were less fortunate neighbors due to economic hardships. Since we were a large family, Kerry-Ann would bring them to my home to eat and she would also help some of the neighboring children with their homework. Out of all my children, Kerry-Ann took on the passion for helping others, specifically the youth. After graduating from college and doing an internship in London, she could have gone to any school to teach but because of her zeal to help others, she was handpicked right out of college to work at Barbara Blum Group Home for Boys in Brooklyn, New York. That school was geared towards the care and learning of boys coming out of the Willowbrook State Mental Retardation Campus after it was abolished because of maltreatment and neglect.

    In 2003, Kerry-Ann made the decision to relocate to Florida with her family. At that time, she had already given birth to her oldest son and a set of twin girls. Her passion for helping others continued as a teacher in the Public School system. Kerry-Ann also enjoyed volunteering by setting up different summer camps with various age groups, so children could have a safe harbor to go to during the weekends and summer months, where they could learn needed skills that could propel them through life challenges.

    At this point in time, she was the mother of five children; a 28-year-old son, 24-year-old twin girls, a 15-year-old daughter and her youngest son who is 9 years old. They are a close-knit family, and they support and respect each other in any given situation. Anfernee is in law school, Jaida one of the twin girls just graduated on May 6, 2023, from the University of Central Florida and the other twin Jasmine is

on her way to becoming a fashion designer. Kerry-Ann is the sole caretaker of her 15-year-old daughter and 9-year-old son, who are still dependent on her, and any harsh punishment will be an impact on her children.

    Kerry-Ann comes from a family of respectful lineage. I, as her mother enforced respect, loyalty, and good citizenship in my children. As a mother from the Caribbean Island of Antigua those were the core values that I knew and held dear, and I taught them to my children. All my children are of good character however, in all our lives each one of us finds ourselves in situations that can hamper the very fiber of your being. Kerry, as the family calls her is a support system for me. I am 74 years old, and I always look forward to her calls and support (not monetary) but mental because of her wit and jovial countenance that is her personality. I know what she did was wrong according to the rules and regulations that are set forth by the court and society on a whole.

    Honorable Judge Dalton because of all the aforementioned, I, as a mother once again am appealing to you through Jesus Christ my Lord and Savior to find it in your heart for mercy for my family. I await your final ruling.


Respectfully,


Pamela Robinson

Anfernee Purkiss

Orlando,

I am writing this letter in support of my mother, Kerry-Anne. I am requesting leniency and compassion as you consider her case, considering her extensive history of community service, devotion to her faith, and unwavering commitment to her family.

My mother has been an integral part of the New Smyrna Beach community for several decades, dedicating countless hours to uplifting the youth in our area. She has volunteered her time and expertise to various youth organizations and churches, mentoring and guiding young individuals toward success. My mother always went above and beyond for those around her growing up. Whether it was having those who have fallen on hard times stay in our spare room on countless occasions or starting an affordable summer camp program for the kids in the neighborhood, my mom was always going the extra mile for others.

As a mother, my mom has exemplified the true meaning of unconditional love and dedication. Despite the demands of raising five children, she has been our unwavering pillar of support, providing us with a loving and nurturing environment. Even now, with the weight of a federal case on her shoulders, she still makes the time and takes the effort to put others before her. For example, after her arrest this past spring, our family contacted her daily to keep her spirits up. You would think being in jail would be a harrowing experience fraught with anxiety. However, my mother turned this into an opportunity to help others through her love and faith in Jesus Christ. For this three-to-four-day period, our phone conversations would be about who she met with and spoke to several different people and her belief that she genuinely helped them in their lives. This is who my mother is.

Being a teacher at heart, my mom has always been a big part of my success in education. She has instilled in me the importance of self-confidence and determination from an early age. She has always been a great motivator and has taught me to set my goals high. This has led me on the path to law school, being the first in our family to attend. Going into my third and final year of

law school, I am on track to graduate in the top 3% of my class, and I would like to see the woman who started it all finish this journey with me.

She has helped my wife decide her career path, helped me overcome the demands of law school through effective scheduling, been a great source of information and babysitting service to my daughter and her only grandchild, and, above all, has always made the time to be there for those around her.

Your Honor, I implore you to consider the entirety of my mother's life and her positive impact on numerous individuals and the community. I genuinely believe that a fair and compassionate decision, reflecting her contributions and acknowledging her deep remorse, will serve justice and the opportunity for rehabilitation.

    Thank you for your time, patience, and consideration in this matter. I have complete faith in the justice system and trust that you will make a fair and just decision.


Sincerely,

Anfernee Purkiss

For whom it may concern,

My name is Jaida Purkiss, one of the five blessed children that my mother Kerry-Anne Roiland has birthed and raised. I'm 24 years old and I graduated from the University of Central Florida in May of 2023. By any means, I didn't make it here by mistake. My mother laid the framework down for me since I was in her womb. The relationship between a mother and child is one of the most important and influential relationships in life. My relationship with my mother has been a source of constant support, love, and guidance throughout my life. Growing up, I had a great childhood, filled with happy memories of her helping me with school work or us traveling to connect with family in Georgia or New York. She has instilled in me values that have shaped me into the woman I am today.

My mother always stressed the importance of treating others with respect and kindness. She taught me that we should never judge others based on their background or circumstances. Instead, we should always strive to be compassionate and understanding towards others. Her example of kindness and empathy towards others has been a constant source of inspiration in my life.

My mother also instilled in me a strong work ethic from a young age. She taught me that if I wanted to achieve something, I would need to work hard and persevere. She would often remind me that success is not handed to us on a silver platter, and that we must

put in the effort and time to achieve our goals. This lesson has stayed with me throughout my life and has helped me to achieve many of my aspirations.

Another valuable lesson that my mother taught me was the importance of decision-making. She encouraged me to think critically and make informed decisions based on my own values and beliefs. She would always listen to my opinions and provide guidance when needed, but ultimately it was up to me to make the final decision. This taught me to be confident in my decisions and to take responsibility for them.

One of the things that has always struck me about my mother is her selflessness. She has always been passionate about helping others and has dedicated much of her life to making a positive impact on her community. One of her most significant accomplishments was the creation of a teen organization called KC Society. This organization works to prevent human sex trafficking among teens by providing after-school programs and college-bound success tours. Through her work with the KC Society, my mother has helped countless young people to reach their full potential and avoid the dangers of human trafficking.

In addition to her work with the KC Society, my mother has also been involved in other initiatives to help those in need. She opened low-income housing in Deltona, Florida, to provide affordable housing options for the less fortunate. This project has helped to improve the lives of many families in the community, and it is a testament to my mother's commitment to making a positive impact on the world.

In conclusion, my relationship with my mother has been a source of constant love, support, and guidance throughout my life. She has instilled in me values that have shaped me into the person I am today, including respect, love, confidence, patience, kindness, work ethic, decision-making, and healthy boundaries. Her selflessness and dedication to helping others have been an inspiration to me, and I am proud to be her child. I hope to one day be half the person she is and make a positive impact on the world, just as she has done.

-

Jaida Purkiss

Honorable Judge Roy B. Dalton Jr ,

    I hope this letter finds you well. My name is Jasmine Purkiss and I am a Creative Director and Social Media Manager of several establishments. I also teach title one children how to sew in a sewing program I created with one of my colleagues called Tailored Looks. I am the daughter of Kerry-Anne (one out of five of my siblings) and I am lucky enough to be one of the twins she birthed.

    Growing up my mom has been a light of inspiration and creativity not just for my siblings alone but for the community of my hometown as a whole. Many of the attributes , ambitions, and goals I have today are rooted in the undeniable lessons, love and warmth my mother has granted me with. Growing up my mother put together a teen organization called KC Society that taught them skills they will have with them for life. She hosted free classes that taught the children how to dance, sew, build computer softwares, build websites, journaling, painting, and acting classes. It was a multitude of things she contributed to the community and people to this day hold her up to such a high standard in our community of strangers turned friends into family. Her impact of doing such great things for the community inspired me in the most positive way. My mother is always the first one to feed, clothe, and shelter someone indeed and that kind of attitude and mentality is what has kept me so hopeful for the humanity of this world. She is a light and she has raised my siblings and I to lead with integrity, love, and resilience.

    My mother is still in custody of two of my siblings who love her dearly. Her leaving their lives at such a crucial time in their childhood will affect them in a very detrimental way.  I beg of you to hold my mother accountable yet shed grace on her due to her large impact on the community and how she has molded so many generations for a more bright and virtuous future.


    Sincerely,

    Jasmine Purkiss

Jordan Purkiss


FL 32807

To Whom It May Concern,

I am writing this letter with a heavy heart in reference of Kerry-Anne Roiland (formally Purkiss). Kerry-Anne is my mother-in-law and has been a staple in my life for over 10 years. I've known her since 2012 when her son, Anfernee Purkiss, and I started dating. Kerry and I immediately clicked, and she quickly became one of my biggest role models. Kerry's close relationship with God and her 5 children are a huge part of who she is. When we first met, she ran a charity organization called the KC Society, this really showcased her giving spirit. This organization was a crucial part of so many of my fellow classmates' lives. Through this organization she fundraised, mentored, inspired, taught, and was a bright light for all of the organization's members, even giving some of them a bed to sleep in. She is the type of person that would open up her home to anyone in need and this is what I admire most. She is loved not only by her family but by her community as well.

Over the past ten years she has personally mentored me and helped me to become the person I am today. She inspired me to get my bachelor's degree in education and motivated me to keep going and finish my degree program in 2018. She has touched so many lives and has created so much good in this world. She has 2 young children, J▮▮▮ and A▮▮, that are entering monumental stages in their lives. Her twins, Jasmine and Jaida, rely on her deeply as they navigate the beginning stages of adulthood. Her son, Anfernee, will be graduating law school in the spring and it would be heartbreaking for them to not have their biggest supporter, their mother, by their side. She is the backbone and the matriarch of the family and her absence would be felt tremendously by so many for years and years to come. We know her recent decisions do not reflect who she truly is and I hope you are able to see this as you are taking this letter into consideration while determining her sentence.

Thank you for your time and consideration,

*Jordan Purkiss*
Jordan Purkiss

Honorable Judge Roy B. Dalton Jr,

My name is Ericka Browne, a 52-year-old wife and mother of two daughters living at 79 Ann Drive South Freeport, NY 11520. I am a Senior Director of Client Services for Technology Concepts and Design Inc (TCDI), where we serve as partner and service provider for some of the largest corporations, law firms and litigation dockets in the United States. As a Senior Director, I consult clients and manage a team of five eDiscovery Project Managers responsible for coordinating services in data collections and processing, document repositories for review and production to opposing counsel or government agencies, and all support needs related to litigation, investigations, or special data projects we are engaged in. I have been working in the field of litigation and eDiscovery support for over 25 years for firms such as DOAR Litigation Consulting, Proskauer Rose LLP, Stroz Friedberg and Aon. Prior to my entry into litigation support I worked at a halfway house, Esmor Inc., contracted through the Federal Bureau of prisons for incarcerated women, where I counseled women making their way back into society. Outside of work I am an active member of my church, St. Paul AME Church, Rockville Centre NY, 11570. For over 20 years, I have served in many ministries to include the liturgical dance ministry, women's ministry, praise & worship team, class leader ministry, and weekend prayer team. Currently I am a Licentiate where I have been licensed to serve as a minister and in the process of studying to be an ordained local deacon.

Today I am writing to you on behalf of my sister-in-law, Kerry Anne Purkiss. I've known Kerry for about 22 years. We met while I was dating her brother, and now husband of twenty years, Cory Browne. Over the years I have observed Kerry to be a dedicated wife and mother with a passion to teach children and serve at risk youth. She has run non-profit organizations for at risk teens, has opened her home on several occasions to care for children not her own and has created college after-school programs to help children be more successful academically, socially and emotionally. Kerry has often taken the time to connect and understand the children she encounters whether in the class room, youth programs, or the community to help them achieve their goals and be the best they can be. If it's one-on-one tutoring, an encouraging talk to help guide them down the right path, or simply provide basic needs such as food, shelter, or clothing she is there. She has directly impacted my own children by offering or recommending study tools, having one-on-one conversations when they are discouraged, or sharing her knowledge to help them in their day-to-day lives. My girls often feel empowered after speaking with her. This is more evident through her children. All of whom have excelled academically and/or professionally and are some of the most respectful, brightest, creative and outgoing children I have ever met which I attribute to her undying love, dedication, and commitment to raise her family and ensure they are equipped and prepared for the world.

Knowing the impact Kerry has on her family, friends and community, it would be a detriment to all for Kerry to be absent. The impact of her not being present in my opinion would be significant and delay the progress of not just those closest to her but the community around her. I know Kerry is remorseful about her offense and therefore asking for mercy in her sentencing. I believe this has been a learning experience for her, and knowing the consequences of her actions has already corrected and reformed her. Therefore, I respectfully ask that she receive fair sentencing, as I believe this experience is already sufficient to ensure Kerry continues on to be a productive member and contributor to society.

Respectfully,
*Ericka M Browne* 7/28/23
Ericka M Browne – Sister-in-law

Honorable Judge Roy Dalton,

My name is Alexxis Johnson, 26, Of Tampa Fl. I am a mom of two daughters and a son and a "home maker'. For a living a Cook, make dessert treats and Do hair- basically many things creative. Originally Mrs. Kerry Anne and I met when I was told about her organization known as KC SOCIETY. I was in girl scouts and the leadership felt like the organization would be more fitting for the young people in the community. At the time I joined I was about 12. While being involved with kc society I was apart of a step and dance team. While being in the organization I learned what it was like to enjoy life and not constantly worry about "adult struggles" that I shouldn't have had to at the time. I was also able to build lifelong relationships with peers my age while knowing we had a safe space to hangout and experience fun. There were many teenagers who did attend KC SOCIETY and for so many of us it was the safest space that we could fine truth, safety and love. Acceptance without having to compromise our integrity or become something we are not. Mrs. Kerry provided meals and school clothes for many of us. Told us stories and gave advice to help us get through challenges.  Since joining the organization Mrs. Kerry has helped me many times and mentored me through many challenges even now, that I am adult she has stuck by me and never left.  She has traveled to me at times while I was hours away in emergency hospital situations or even just wellbeing. Since a baby, I , didn't have the most structured or stabile life so it was nice meeting someone with a genuine heart that really cared about the well being of the youth and community. When I was young, I followed one of my friends out of town and ran away and Mrs. Kerry came and found me. She had a talk with me on my value and how unsafe and serious my decision that I had made was.  Even after than without being asked by my parents she took on the "God mother role" to support myself and my sisters financially and kind of became a guardian. There were times where I didn't have food in my house growing up, or even clothes and without even asking she would step in and provide. By the time I turned 15 my mother had left myself and siblings we soon became wards of the state. There were so many visits from her, prayers with her and even then, she still made sure to keep in touch no matter what. She was one of the people that have never left and has always displayed unconditional love and a heart for God that has helped me partially become the woman/ mom I am today. We have fed the community together; she has taught me how to pray (which might sound simple) but to a lot of broken teenagers or children it means a lot.  She has always been so nurturing. She has taught me about feminine care. I have watched her give and never tell or brag. I can honestly say I do not know where I would be today if I hadn't met her. I love that I can call and get advice on how to raise my children as well. It has honestly been one of the biggest blessings God has granted me and many others by having her in our lives.

Sincerely,

Alexxis Johnson



...A Mile in their Shoes
Educating Our Community
about Child Safety...

Abduction • Bullying • Teen Trafficking • Runaways • Self-empowerment

8:30am - 10:00am

**Register today For Walk/Bike/Skate/Run**

- Saturday, May 5th, 2012 @ 8:30 AM
- Begin & End: Brannon Center
- Cost
  - Adults          $20
  - Youth (up to 18yrs old)   $10
- Day of Event
  - Adults          $25
  - Youth (up to 18yrs old)   $15

Scan to register NOW

**REGISTER ONLINE**
WWW.KCSOCIETY.COM

Free Child Identification Kits

# Family Spring Expo

9:00am - 2:00pm

**Entertaiment All Day**
Showdolls
American Martial Arts
Chisholm Lady Cats
Max Athletics
Learn to Zumba
Dance Factory
First Baptist Band
Ms. Jazzie

Food
Vendors
Health & Wellness
Kid Fun Zone
And Much More...



## Workshops
Bullying
Self-Protection
Stranger Danger
Prevention & Awareness of Teen Trafficking
Drug Abuse interventiona dn prevention

**Workshop Sponsors Includes:**

  

**Saturday May 5th, 2012**
Brannon Center, NSB
386.689.4979
www.kcsociety.com

*A portion of the proceeds will benefit KC Society Scholarships & Rescue & Restore Non profit advocacy group that helps victims





# Moving Forward Fact Sheet

## Who we Serve:
- Teens 13 to 19
- Sexually Trafficked Victims
- Homeless

## What We Live By:
Learning more by Teaching,
Serving more by Giving,
Influencing more by Serving
Serve and Be Counted!

## Our Mission:
Is to offer creative & balanced services to our local youths utilizing their innate skill sets to influence their educational & future goals, provide job & apprenticeship opportunities, through hands on support

## KC Society Current Impact:
- Operational Since August 2009
- 94% attendance rate weekly
- 36 youth fed in weekly food program
- 34% takes advantage of the Teen Tutoring Services
- 63% takes advantage of Teen Resource Center/Supply Hut
- 15% of our teens within the Teen Tutoring Services who were failing are no longer failing in any of their subjects.
- 25% of our teens with the Teen Tutoring Service has increased their reading and math grade level by 1 to 2 grades
- 85% of activities are funded solely by KC Society
- 11 Dedicated and Supportive Volunteers

## Programs:
- Teen Stipend Program
- Youth Advisory Council
- College Bound Success
- Historic Westside Newsletter

## Services:
- Tutoring
- Teen Resource Center
- Teen clubs
- Supply Hut
- Afterschool Food Program

## Activities:
- Teen Workshops
- Youth Conferences
- Skating
- Holy Land Experience
- Busch Gardens
- Museums
- College Tours

Let's Keep our Teens Engaged...Contribute Today
____$25  ____$50  ____$100  ____$250  ____$500

Please Make Checks Payable to: **KC Society**
1982 State Rd 44 PMB 191
New Smyrna Beach, Fl 32168
Phone: 386-675-1550
Fax: 888-779-8986
E-mail: purkiss@kcsociety.com
www.kcsociety.com
Executive Director & Founder, Kerry-Anne Purkiss