UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:22-cr-202-RBD-RMN

**KERRYANNE PURKISS**

AUSA: Katherine McCarthy

Defense Attorney: Michael Ryan, FPD

| JUDGE: | **ROY B. DALTON, JR.** United States District Judge | DATE AND TIME: | **August 7, 2023** 10:10 A.M. – 10:50 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Amie First amiefirst.courtreporter@gmail.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Omayra Hernandez |
| TOTAL TIME: | 40 Minutes | | |

**CLERK'S MINUTES**
**SENTENCING**

Case called.   Appearances made by counsel.

Defendant was adjudged guilty as to Count Five of the Indictment.

<u>Witness (unsworn)</u>:
Brent Roiland (husband)
Sandra Daley (sister)
Haynesworth Daley (brother-in-law)
Lovely Bowe (friend)
Denfield Browne (brother)

**IMPRISONMENT**:   12 MONTHS and 1 DAY.

The Court makes the following recommendation to the Bureau of Prisons:
1. Defendant be placed at a facility in Florida, or as close as possible, for familial proximity.

**SUPERVISED RELEASE**:   3 YEARS.

The mandatory drug testing requirements are suspended.

**SPECIAL CONDITIONS OF SUPERVISED RELEASE**:
- Financial Restrictions
- Collection of DNA

**RESTITUTION:**  $715,089.88
Payee: United States Small Business Administration

**FINE**:   Waived.

**SPECIAL ASSESSMENT**:   $100.00, due immediately.

**FORFEITURE:** Defendant shall forfeit to the United States those assets previously identified in the Plea Agreement (Doc. 48) and Order of Forfeiture and Preliminary Order of Forfeiture (Doc. 63), that are subject to forfeiture.

Plea Agreement is accepted.

**DISMISSAL:** In accordance with the plea agreement, it is ordered that Counts One, Two, Three, Four, Six, Seven, Eight, Nine, and Ten of the Indictment are **DISMISSED**.

The defendant shall voluntarily surrender for service of sentence at the institution designated by the Bureau of Prisons no later than 2:00 PM on Wednesday, August 30, 2023.

Defendant advised of right to appeal.

Court is adjourned.